IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JOSEPH MARK,

        Petitioner,

vs.

ROB JEFFREYS,

        Respondent.

**8:24CV375**

**ORDER**

    This matter is before the Court on Petitioner's Objection, Filing No. 16, to Respondent's February 6, 2025, motion for an extension of time, Filing No. 14, and the Court's text order granting that extension on February 7, 2025, Filing No. 15 (text order). Upon consideration,

    IT IS ORDERED that: Petitioner's Objection, Filing No. 16, is denied.

Dated this 14th day of February, 2025.

BY THE COURT:

_____
John M. Gerrard
Senior United States District Judge