IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSEPH MARK, <br><br> Petitioner, <br><br> vs. <br><br> ROB JEFFREYS, <br><br> Respondent. | 8:24CV375 <br><br> ORDER |

This matter is before the Court on Petitioner's letter, Filing No. 22, and Response to Motion for Summary Judgment, Filing No. 23. In his letter, Petitioner asks for confirmation that his Response was received by the Court by the appointed deadline. Upon consideration,

IT IS ORDERED that:

1. Petitioner is advised that his Response, Filing No. 23, filed in this Court on March 20, 2025, was received and timely filed.

2. The Clerk of Court is directed to set a pro se case management deadline using the following text: **April 21, 2025**: deadline for Respondent's reply brief.

Dated this 24th day of March, 2025.

BY THE COURT:

*John M. Gerrard*

John M. Gerrard
Senior United States District Judge