IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JOSEPH MARK,

                Petitioner,

vs.

ROB JEFFREYS,

                Respondent.

**8:24CV375**

**MEMORANDUM AND ORDER**

      This matter is before the Court on Respondent's Motion for Extension of Time to File Reply Brief, Filing No. 25, and Petitioner's Objection, Filing No. 26, to Respondent's motion. Respondent requests that his deadline to file his reply brief be extended 30 days from April 21, 2025, to May 21, 2025, and states counsel for Respondent "has not had sufficient time to review Petitioner's response and file a reply brief" because counsel is occupied with a direct appeal homicide case in the Nebraska appellate courts. Filing No. 25. Counsel does not anticipate needing any additional time to complete the reply brief. *Id*. Petitioner objects to Respondent's request for an extension asserting that he should not have to bear the burden of "[t]he State of Nebraska['s] . . . own press of business and inadequate staff," and he generally asserts that the demands of Respondent's counsel's other work is insufficient reason to grant an extension. Filing No. 26.

      The Court may extend the time within which an act must be done for good cause "if a request is made, before the original time or its extension expires." Fed. R. Civ. P. 6(b)(1)(A); *see also* Fed. R. Civ. P. 81(a)(4) (Federal Rules of Civil Procedure apply to habeas corpus proceedings). Respondent moved for an extension prior to the expiration of the April 21, 2025, deadline

to file his reply. Upon consideration, the Court finds Respondent has demonstrated good cause for the extension request, that the request was not made in bad faith, and that Petitioner will not be prejudiced by this extension. Accordingly,

IT IS ORDERED that:

1. Respondent's Motion for Extension, Filing No. 25, is granted. Respondent shall have until May 21, 2025, to file and serve his reply brief. After Respondent files his reply brief, this matter will be ripe for disposition.

2. Petitioner's Objection, Filing No. 26, is denied.

3. The Clerk of Court is directed to set a pro se case management deadline using the following text: **May 21, 2025**: deadline for Respondent's reply brief.

Dated this 1st day of May, 2025.

BY THE COURT:

_____
John M. Gerrard
Senior United States District Judge