IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JOSEPH MARK,

        Petitioner,

vs.

ROB JEFFREYS,

        Respondent.

8:24CV375

MEMORANDUM AND ORDER

This matter is before the court on Petitioner's Notice of Appeal, Filing No. 32, filed on October 10, 2025, and a memorandum from the Clerk of the Court requesting a ruling as to Petitioner's authorization to proceed in forma pauperis on appeal, Filing No. 33. Petitioner appeals from the Court's Memorandum and Order and Judgment dated September 22, 2025. Filing Nos. 30 & 31. Petitioner also requests a certificate of appealability and the appointment of counsel on appeal. Filing No. 32 at 1.

As set forth in Federal Rule of Appellate Procedure 24(a)(3):

(a) Leave to Proceed in Forma Pauperis . . .

> (3) Prior Approval. A party who was permitted to proceed in forma pauperis in the district-court action, or who was determined to be financially unable to obtain an adequate defense in a criminal case, may proceed on appeal in forma pauperis without further authorization, unless:
>
>> (A) the district court--before or after the notice of appeal is filed--certifies that the appeal is not taken in good faith or finds that the party is not otherwise entitled to proceed in forma pauperis and states in writing its reasons for the certification or finding . . . .

The Court finds that because Petitioner proceeded IFP in the district court,

he may now proceed on appeal in forma pauperis without further authorization.

The Court in its September 22, 2025, Memorandum and Order and Judgment informed Petitioner that it would not issue a certificate of appealability in this matter. Filing No. 30 at 19; Filing No. 31. The Court has reviewed Petitioner's submission in support of his request for a certificate of appealability but finds no reason to reconsider its previous determination. Petitioner may request a certificate of appealability in the Eighth Circuit Court of Appeals. *See* 28 U.S.C. § 2253(c)(1); Fed. R. App. P. 22(b)(1).

Lastly, Petitioner asks this Court to appoint him counsel on appeal. Filing No. 32 at 1. Petitioner's request should be addressed to the Eighth Circuit Court of Appeals and, thus, will be denied without prejudice to reassertion before that Court.

IT IS THEREFORE ORDERED that:

1. Petitioner may proceed on appeal in forma pauperis.

2. Petitioner's request for a certificate of appealability and request for appointment of counsel are denied without prejudice to reassertion before the Eighth Circuit Court of Appeals.

Dated this 14th day of October, 2025.

BY THE COURT:

_____
John M. Gerrard
Senior United States District Judge